**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-6760**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DUANE HINTON,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Middle Dis-
trict of North Carolina, at Greensboro.  Richard C. Erwin, Senior
District Judge.  (CR-91-136-G, CA-96-12-2)

———————————

Submitted:  July 24, 1997          Decided:  August 7, 1997

———————————

Before HAMILTON, LUTTIG, and MOTZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Duane Hinton, Appellant Pro Se.  Lisa Blue Boggs, Assistant United
States Attorney, Greensboro, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion filed under 28 U.S.C. § 2255 (1994) (current version at 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997)). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Hinton, Nos. CR-91-136-G, CA-96-12-2 (M.D.N.C. Mar. 20, 1997). See Lindh v. Murphy, 521 U.S. ___, 1997 WL 338568 (U.S. June 23, 1997) (No. 96-6298). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED